AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Texas

FILED
October 9, 2009
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____
DEPUTY

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JUAN CARLOS GARZA, MARCUS HERNANDEZ, CURTIS TUMBS, and STEVIE ELEBY, JR. | ) Case No. 1:09-MJ-200 |
| Defendant | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  09/09/2009  in the county of  Jefferson  in the  District  District of  Texas , the defendant violated  21  U. S. C. §  846 , an offense described as follows:

Conspiracy to possess with intent to distribute 5 kilograms or more of a mixture of substance containing a detectable amount of a Schedule II Controlled Substance, namely cocaine HCL.

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT.

Continued on the attached sheet.

_____
*Complainant's signature*

DEA S/A Dwayne M. Dodds
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  October 9, 2009

_____
*Judge's signature*

City and state:  Beaumont, Texas            Keith F. Giblin, US Magistrate Judge
*Printed name and title*