IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED
October 21 20 09
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____ BC _____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | Cause No. 1:09-CR-146 |
| § | Judge Heartfield |
| JUAN CARLOS GARZA, § | |
| MARCUS HERNANDEZ, § | |
| STEVIE ELEBY,Jr. § | |
| and § | |
| CURTIS TUMBS § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

> Violation: 21 U.S.C. § 846 Conspiracy
> with intent to distribute a controlled
> substance.

That from on or about September 2009, the exact date being unknown to the Grand Jury, and continuing thereafter until October 8, 2009, in the Eastern District of Texas and elsewhere, **Juan Carlos Garza, Marcus Hernandez, Stevie Eleby Jr, and Curtis Tumbs,** defendants, did knowingly and intentionally combine, conspire, confederate and agree together with each other and with other persons known and unknown to the Grand Jury to distribute and possess with intent to distribute five kilograms of more of a mixture or substance containing a detectable amount of a Schedule II controlled substance, namely, cocaine HCL, in violation of 21, U. S. C. Section 841(a)(1) and 18, U.S.C., § 2. In violation of 21, U.S.C., § 846.

1

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

### Criminal Forfeiture Pursuant to 21 U.S.C.§ 853 and § 881

Upon conviction of the controlled substance offense alleged in Count One of this Indictment, defendants, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained directly, or indirectly, as a result of the said violation, and any property used, or intended to be used in any manner or part, to commit or to facilitate the commission of the said violation, including but not limited to the following:

### MONEY JUDGMENT

A sum of money equal to $345,000.00 in United States currency, representing the amount of proceeds obtained as a result of the offense alleged in Count One, conspiracy to distribute and possess with intent to distribute five kilograms of more of a mixture or substance containing a detectable amount of a Schedule II controlled substance, namely, cocaine HCL for which the defendants are jointly and severally liable.

### CASH

**$32,000.00** in United States funds seized from the defendants on the day of their arrest.

### PERSONAL PROPERTY

Motor vehicles:

1) 2006 Lincoln Truck, Silver in color, VIN 5LTPW16586FJ09170, X077466 LA registration, registered to Kathy Dao, 2721 Jasper St., Kenner, LA.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant(s):

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

2

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

It is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

By virtue of the commission of the felony offense charged in this Indictment by the Defendant(s) any and all interest the Defendant(s) has/have in the above-described properties is vested in the United States and hereby forfeited to the United States pursuant to Title 21, U.S.C., §§ 853 and/or 881.

A TRUE BILL

---
GRAND JURY FOREPERSON

JOHN M. BALES
UNITED STATES ATTORNEY

---
John A. Craft
Assistant United States Attorney

10/21/09
Date

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Cause Number 1:09-CR 146 |
| | § | |
| JUAN CARLOS GARZA, | § | |
| MARCUS HERNANDEZ, | § | |
| STEVIE ELEBY, Jr | § | |
| and | § | |
| CURTIS TUMBS | § | |

## NOTICE OF PENALTY

### Count One

Violation: 21 U.S.C. § 841(a)(1); 21 U.S.C. § 846

Penalty: Not less than **TEN (10)** years nor more than **LIFE** imprisonment, a fine not to exceed **$4,000,000.00**, or both, and supervised release of not **less** than **FIVE (5)** years or more than **life**.

Special Assessment: $100.00

4